FILED

07/11/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 24-0372

**IN THE SUPREME COURT OF THE STATE OF MONTANA**
**CASE NO. OP-24-0372**

_____

JENNIFER L. TRIPLETT,

      Petitioner,

v.

CASCADE COUNTY CLERK OF DISTRICT COURT,

      Respondent.

_____

**ORDER GRANTING DEFENDANT WESLEY JAMES CAPPS'**
**UNOPPOSED MOTION FOR LEAVE TO INTERVENE**

_____

Pursuant to the Unopposed Motion for Leave to Intervene in this appeal, and for good cause appearing therefore,

**IT IS HEREBY ORDERED**, Defendant Wesley James Capps' Unopposed Motion for Leave to Intervene in this appeal is **GRANTED**. Capps' brief shall be due July 25, 2024.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 11 2024